# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER F. SIMMONS, JR., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>SHERRI ATKINS, et al., <br><br>　　　　Defendants. | Case No. 1:16-cv-01447-BAM (PC) <br><br> ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE <br><br>(Doc. 11) <br><br>**TWENTY (20) DAY DEADLINE** |

Plaintiff Walter K. Simmons, Jr., is a state prisoner proceeding *pro se and in forma pauperis* in this civil rights action.

On May 22, 2108, the Court issued an order finding that Plaintiff had failed to state a cognizable claim, and granting Plaintiff leave to file a second amended complaint in this action, or a notice of voluntary dismissal, within thirty (30) days. (Doc. 11.) The Court expressly warned Plaintiff that the failure to comply would result in a recommendation to dismiss this action for reasons consistent with that screening order. (*Id*. at 5.) The deadline for Plaintiff to file a second amended complaint, and he has not complied with the Court's order or otherwise communicated with the Court.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause in writing, within **twenty (20) days** of service of this order, why this action should not be dismissed, with prejudice, for the failure to state a cognizable claim, the failure to obey a court order, and the failure to

1

prosecute. Plaintiff can comply with this order to show cause by filing a second amended complaint curing the deficiencies discussed in the Court's May 22, 2018 order.

**<u>The failure to comply with this order will result in the dismissal of this action</u>**.

IT IS SO ORDERED.

Dated: **July 3, 2018**                    /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE